JOHN V. MACHUGA v. BOARD OF DIRECTORS OF THE PUBLIC
EMPLOYEES RETIREMENT SYSTEM.

May 30, 1979. Petition for certification denied.

STATE OF NEW JERSEY v. JUAN GONZALEZ.

May 30, 1979. Petition for certification denied.

RONALD P. GEORGE v. BOARD OF REVIEW.

May 30, 1979. Petition for certification denied.

L. R. C.

v.

ANN KLEIN.

May 30, 1979. Petition for certification denied. (See 167
*N.J.Super.* 23)

STATE OF NEW JERSEY v. GEORGE MERRITT, JR.

May 30, 1979. Petition for certification denied.

PROJECT HOLDING, INC. AND ACTION COMMITTEE OF
FLORAL PARK v. SMYTH.

May 30, 1979. Petition for certification denied. (See 166
*N.J.Super.* 354)